PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Robert L Adkins** | Case Number: **1:00CR00053** |
| Name of Sentencing Judicial Officer: | **The Honorable Herman J. Weber**<br>**United States Senior District Judge** | |
| Date of Original Sentence: | **October 20, 2000** | |
| Original Offense: | **Mail Fraud, a violation of 18 U.S.C. § 1341** | |
| Original Sentence: | **24 month(s) imprisonment, 36 month(s) supervised release, pay $100 Special Assessment, pay restitution in the amount of $366,201.93** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **August 30, 2002** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The supervised releasee shall pay restitution in the amount of $366,201.93 to the Life Insurance Company of America | At sentencing, the Court ordered Adkins to pay restitution in the amount of $366,201.93 to the Life Insurance Company of America. Adkins has a balance of $365,031.93 as of the date of this report, and will not be able to pay in full during the term of supervised release. |

U.S. Probation Officer Action:

On September 6, 2002, Adkins was released from the custody of the Federal Bureau of Prisons to begin his three year term of supervised release. Upon his release, U.S. Probation Officer Robert C. Frommeyer met with Mr. Adkins, and went over the conditions of supervision in detail. Adkins indicated he understood the conditions, including the restitution order, and signed the conditions. USPO Frommeyer set up a Pay Agreement with Adkins for him to pay $20 per month, which represented his best effort, based on his financial situation.

During the term of supervision, Adkins was very cooperative and compliant. He made the $20 payment each month since the inception of the supervision. Additionally, the offender maintained the same residence, which he owns. The offender has been receiving Workman's Compensation benefits throughout the supervision. This officer believes the underlining offense was strictly situational in nature, and that he presents a very low risk of recidivism.

In examining his financial situation, Adkins and his family have struggled due to his incarceration and loss of income due to the conviction. He has few assets other than his home, and does not have excess cash

available to pay the restitution. Mr. Adkins will continue making payments throughout the balance of the supervision period. It is this officer's opinion that Adkins has made his best, good faith effort to satisfy the Court's order of restitution. This officer has notified the Financial Litigation Unit of the U.S. Attorney's Office and the Internal Revenue Service of this situation. It should be noted that the victim in this case, the Life Insurance Company of America, has been advised of their right to obtain restitution payments after the expiration of supervised release supervision on August 29, 2005, from the Financial Litigation Unit of the U.S. Attorney's Office in Columbus, Ohio.

Therefore, based on Adkins' cooperation and effort along with the ability of the victim company to obtain restitution payments from the offender after the expiration of his term of supervised release, this officer is respectfully recommending that no action be taken against Mr. Adkins for failure to pay restitution, and allow him to discharge as scheduled on August 29, 2005.

The Court is reminded to mark the box reflecting the Court's decision in this matter, and to sign the appropriate location.

Respectfully submitted,                                    Approved,

by   David J. Backman                                by   John C. Cole, Supervising
     U. S. Probation Officer                              U. S. Probation Officer
     Date:   May 27, 2005                                 Date: 6-2-05

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

6/2/05
Date